USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kuehne + Nagel Inc.,

           Plaintiff,

–v–

Baker Hughes Company,

           Defendant.

21-cv-8470 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' joint letter-motion for permission to file under seal the global transportation agreement ("the Agreement") in place between the parties. Dkt. No. 17. The Court notes that under this Circuit's precedent, the existence of a confidentiality order alone does not override the presumption of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 125-26 (2d Cir. 2006). Given that the Agreement requires permission from multiple parties to waive confidentiality in order to file the document publicly, the Court will permit sealing for now but cautions the parties that continued sealing may need further justification later in the litigation if the Agreement is a judicial document. The motion to file the Agreement under seal is granted.

    SO ORDERED.

Dated: February 10, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge