UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2022

Kuehne + Nagel Inc.

             Plaintiff,

-v-

Baker Hughes

             Defendants.

21-cv-8470 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A conference in this matter is scheduled for Friday, February 18, 2022 at 3:30 PM. The conference may be accessed at that time by dialing (888) 363-4749 and entering access code 9196964#. All persons accessing the proceeding must mute their lines unless given permission to unmute. Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited. Violations of this order can result in fines or other sanctions.

SO ORDERED.

Dated: February 17, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge