USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Kuehne + Nagel Inc.,

        Plaintiff,

    –v–

Baker Hughes,

        Defendant.

21-cv-8470 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The Court has reviewed the parties' filings submitted in advance of today's scheduling conference. Dkt. Nos. 14, 15. The Court hereby STAYS discovery pending resolution of the Motion to Compel Arbitration and Dismiss. Dkt. No. 20.

    The conference scheduled for February 18, 2022, at 3:30 p.m. is adjourned sine die.

SO ORDERED.

Dated: February 18, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge